**IT IS SO ORDERED.**

**DATED:** September 15, 2023

**STEPHEN V. WILSON**
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GS HOLISTIC, LLC,

        Plaintiff,

    v.

ALWAYS LIT INC. d/b/a ALWAYS LIT, DANIEL MCGUIRE, MOHMAD HASAN ALI, and CHASE GLEASON,

        Defendants,

No.  2:22-cv-05393-SVW-MAR

**ORDER on NOTICE OF VOLUNTARY DISMISSAL**

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, hereby voluntarily dismisses the Defendants, ALWAYS LIT INC. d/b/a ALWAYS LIT, DANIEL MCGUIRE, MOHMAD HASAN ALI, and CHASE GLEASON, from this case with prejudice.  By agreement of the parties, both parties will bear their own attorneys' fees and costs.  ~~The Court reserves jurisdiction to enforce the Settlement Agreement~~.

/s/ *Tomas Carlos Leon*
Tomas Carlos Leon

1